UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIKING CONSTRUCTION GROUP, LLC ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 17-12838** |
| **SATTERFIELD & PONTIKES CONSTRUCTION, INC. ET AL.** | **SECTION I** |

## FINAL JUDGMENT

Pursuant to the Court's orders denying plaintiffs' motion to remand[1] and granting defendants' motion to dismiss,[2]

**IT IS ORDERED** that final judgment is entered for defendant CDW Services, LLC and against plaintiffs. All of plaintiffs' claims against CDW Services, LLC are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that final judgment is entered for defendants Satterfield & Pontikes Construction, Inc. and Satterfield and Pontikes Construction Group, LLC and against plaintiffs. All of plaintiffs' claims against Satterfield & Pontikes Construction, Inc. and Satterfield and Pontikes Construction Group, LLC are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, January 12, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 16.
[2] R. Doc. No. 17.