## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VIKING CONSTRUCTION GROUP, LLC, EDUCATION ELECTRONICS CORPORATION, NOVO COMMUNICATIONS, LLC, HAL COLLUMS CONSTRUCTION, LLC, PERLE CONSTRUCTION GROUP, LLC, and TOM BRANIGHAN, INC.** | * CASE NO.: 17-12838 <br> * <br> * <br> * <br> * <br> * JUDGE: LANCE AFRICK <br> * |
| **PLAINTIFFS** | * |
| **VERSUS** | * <br> * MAG. JUDGE: D. KNOWLES, III |
| **SATTERFIELD AND PONTIKES CONSTRUCTION, INC., ET AL.** | * <br> * <br> * |
| **DEFENDANTS** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on the day of January 12, 2018. (Doc. Rec. 18). Specifically, Plaintiffs are appealing the denial of Plaintiffs' Motion to Remand (Doc. Rec 16), and the granting of Defendants' Motion to Dismiss. (Doc Rec. 17).

Transcript is unnecessary for appeal purposes.

Respectfully submitted,

CAPITELLI AND WICKER

By:___s/ J. Alex Watkins_____
T. Carey Wicker, III La. Bar No. 13450
J. Alex Watkins, La. Bar No. 29472
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163
Phone 504-582-2425
Fax 504-582-2422
JAW@Capitelliandwicker.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2018, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record.

      Matthew A. Woolf
      Erin A. Pelleteri
      Mark Wayne Frilot
      Meghan E. Carter
      Frank Anthony Milanese

                                       /s/ J. Alex Watkins
                                       J. Alex Watkins, La. Bar No. 29472
                                       1100 Poydras Street, Suite 2950
                                       New Orleans, Louisiana 70163
                                       Phone 504-582-2425
                                       Fax 504-582-2422
                                       JAW@Capitelliandwicker.com